IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RUBBER RIOS GUERRA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 1:26-CV-1456-RP |
| | § | |
| CHARLOTTE COLLINS, *Warden,* | § | |
| *T. Don Hutto Detention Center*, et al., | § | |
| | § | |
| Respondents. | § | |

## ORDER

Before the Court is the above-styled cause of action. On June 12, 2026, the Court denied without prejudice Petitioner Rubber Rios Guerra's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1), given that Respondents' Response, (Dkt. 6), asserted a different detention authority than was pleaded and briefed by Petitioner. (Order, Dkt. 8). The Court ordered Petitioner to file an amended petition for writ of habeas corpus or a voluntary dismissal of this habeas action on or before June 26, 2026. (*Id.* at 2). To date, however, Petitioner has not filed anything in this case. The Court will therefore again order Petitioner to file an amended petition for writ of habeas corpus or a voluntary dismissal of this habeas action. Failure to do so may result in dismissal of this action for want of prosecution. *See Link v. Wabash R. Co.*, 370 U.S. 626, 633 (1962); Fed. R. Civ. P. 41(b) (permitting a court to dismiss an action if the plaintiff "fails to prosecute or to comply with . . . a court order").

Accordingly, **IT IS ORDERED** that Petitioner shall file an amended petition for writ of habeas corpus or a voluntary dismissal of this habeas action on or before **July 13, 2026**.

**SIGNED** on July 2, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE