IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RUBBER RIOS GUERRA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 1:26-CV-1456-RP |
| | § | |
| CHARLOTTE COLLINS, *Warden,* | § | |
| *T. Don Hutto Detention Center*, et al., | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Before the Court is the above-styled cause of action. On June 12, 2026, the Court denied without prejudice Petitioner Rubber Rios Guerra's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1), given that Respondents' Response, (Dkt. 6), asserted a different detention authority than was pleaded and briefed by Petitioner through counsel. (Order, Dkt. 8). The Court ordered Petitioner to file an amended petition for writ of habeas corpus or a voluntary dismissal of this habeas action on or before June 26, 2026. (*Id.* at 2). When he did not take either action by the deadline, the Court again ordered Petitioner to file an amended petition for writ of habeas corpus or a voluntary dismissal of this habeas action on or before July 13, 2026. (Order, Dkt. 9). The Court's Order warned Petitioner that failure to do so may result in dismissal of this action for want of prosecution. (*Id.* at 1 (citing *Link v. Wabash R. Co.*, 370 U.S. 626, 633 (1962); Fed. R. Civ. P. 41(b) (permitting a court to dismiss an action if the plaintiff "fails to prosecute or to comply with . . . a court order")).

To date, Petitioner has taken no action in this case since the original filing of his Petition on May 31, 2026. (Pet., Dkt. 1). He has failed to file an amended habeas petition or a voluntary dismissal despite being ordered to do so twice. The Court will therefore dismiss this habeas action without prejudice for want of prosecution.

1

Accordingly, **IT IS ORDERED** that Petitioner's Petition for Writ of Habeas Corpus, (Dkt. 1), is **DISMISSED** without prejudice.

The Court will enter final judgment by separate order.

**SIGNED** on August 11, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

2